

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Appellate case name:     Curocom Energy LLC v. Young–Sub Shim

Appellate case number:   01-13-00462-CV

Trial court case number: 2009-06630

Trial court:             165th District Court of Harris County

     Appellee Young–Sub Shim's counsel moves to be withdrawn as counsel without opposition. It is ordered that the motion is **granted**.

Judge's signature: /s/ Jane Bland _____
                    Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Bland and Huddle.

Date:  November 14, 2013 _____